

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| EDGAR SANCHEZ, | § | No. 08-16-00303-CR |
| Appellant, | § | Appeal from the |
| v. | § | 168th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20130D02946) |
| | § | |

# O R D E R

The reporter's record was due to be filed on January 7, 2017 and none has been filed. Rachel Simons, Official Court Reporter for the 168th District Court of El Paso County, advised the Court on January 10, 2017 and January 20, 2017 that Appellant has not made financial arrangements for the preparation of the reporter's record.

Therefore, it is ORDERED that the trial court conduct a hearing in order to determine whether appellant wishes to continue the appeal and whether appellant is indigent and entitled to have the record provided at no cost to him. If Appellant wishes to continue with the appeal and he is not entitled to a free record, the court shall determine whether the record has not been filed due to the ineffective assistance of counsel.

The trial court shall forward its findings to the District Clerk of El Paso County, Texas, on or before February 12, 2017. The District Clerk shall prepare and forward a supplemental clerk's record containing the trial court's findings and forward the same to this Court on or before February 22, 2017. Further, the trial court's reporter shall prepare, certify, and file the record of the trial court proceedings with this Court on or before February 22, 2017.

The court reporter's request for extension of time to file the reporter's record will remain pending until the findings of the trial court have been filed with this Court.

IT IS SO ORDERED this 23rd day of January, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.